IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PEGGY BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:18-cv-00704 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| ELECTROLUX HOME PRODUCTS, INC., | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment. (Doc. No. 19). Plaintiff filed a response (Doc. No. 25) and Defendant filed a reply (Doc. No. 28). For the reasons discussed is the accompanying memorandum, Defendant's Motion for Summary Judgment (Doc. No. 19) is **GRANTED**. Plaintiff's Motion for Oral Argument (Doc. No. 30) is **DENIED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE